SCOTT N. SCHOOLS, SBN SC 9990
United States Attorney
LUCILLE GONZALES MEIS, SBN CO 15153
Regional Chief Counsel, Region IX,
Social Security Administration
PETER THOMPSON, SBN HI 5890
Special Assistant United States Attorney

   333 Market Street, Suite 1500
   San Francisco, California 94105
   Telephone: (415) 977-8943
   Facsimile: (415) 744-0134

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN OUTIN,<br><br>   Plaintiff,<br><br>   v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>   Defendant. | CIVIL NO. 4:07-cv-03781 CW<br><br>ORDER DENYING WITHOUT PREJUDICE STIPULATION FOR EXTENSION OF TIME |

    Defendant hereby moves for a first extension of time of 30 days to respond to Plaintiff's motion for summary judgment and remand, filed herein on December 5, 2007. The extension is for the purpose of conducting further discussions with the Appeals Council regarding the settlement of this matter. The current due date was January 7, 2008. The new due date will be February 7, 2008.

    Undersigned counsel for the Defendant has attempted to contact counsel for Plaintiff to obtain a stipulation to this request. Such efforts were unsuccessful.

    Defendant requests that the Court's Procedural Order be modified accordingly.

|   |   |
|---|---|
| | SCOTT N. SCHOOLS<br>United States Attorney |
| Dated: *January 8, 2008* | By:  /s/ *Peter Thompson*<br>PETER THOMPSON<br>Special Assistant United States Attorney |

### ORDER

Despite title, this is not a stipulation and the requested order is denied without prejudice to refiling properly as a motion to change time under L.R. 6-3.

DATED:  1/10/08                           _____
                                          THE HONORABLE CLAUDIA WILKEN
                                          UNITED STATES DISTRICT JUDGE