JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
LUCILLE GONZALES MEIS, SBN CO 15153
Regional Chief Counsel, Region IX,
Social Security Administration
PETER THOMPSON, SBN HI 5890
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8943
    Facsimile: (415) 744-0134

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN OUTIN, )<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>MICHAEL J. ASTRUE, )<br>Commissioner of )<br>Social Security, )<br>)<br>    Defendant. )<br>_____) | CIVIL NO. 4:07-cv-03781 CW<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

    The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a first extension of time of 30 days to respond to Plaintiff's motion for summary judgment and remand, filed herein on December 5, 2007. The extension is for the purpose of conducting further discussions with the Appeals Council regarding the settlement of this matter. The current due date was January 7, 2008. The new due date will be February 7, 2008.

    The parties further stipulate that the Court's Procedural Order shall be modified accordingly.

| | | |
|---|---|---|
| Dated: *January 11, 2008* | | /s/ *David Waggoner* |
| | | *(As authorized via telephone on January 11, 2008)* |
| | | DAVID WAGGONER |
| | | Attorney for Plaintiff |

SCOTT N. SCHOOLS
United States Attorney

Dated: *January 11, 2008*     By:     /s/ *Peter Thompson*
PETER THOMPSON
Special Assistant United States Attorney

ORDER

APPROVED AND SO ORDERED.

DATED:  1/14/08

_____
THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE