JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
LUCILLE GONZALES MEIS, SBN CO 15153
Regional Chief Counsel, Region IX,
Social Security Administration
PETER THOMPSON, SBN HI 5890
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8943
    Facsimile:  (415) 744-0134

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN OUTIN, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL J. ASTRUE, <br> Commissioner of <br> Social Security, <br><br> Defendant. | CIVIL NO. 4:07-cv-03781 CW <br><br> STIPULATION AND ORDER FOR REMAND |

IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that this action be remanded to the Defendant, Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings. The purpose of the remand is to offer Plaintiff a new hearing and decision.

Upon remand, the Office of Disability Adjudication and Review will remand this case to an Administrative Law Judge (ALJ) and direct him or her to further consider Plaintiff's residual functional capacity, Plaintiff's credibility, and the combined effects of Plaintiff's impairments in light of the relevant medical evidence, and in accord with appropriate regulatory and Ninth Circuit law. The ALJ shall also re-assess the medical evidence of record and consider the materiality of Plaintiff's drug and alcohol abuse and whether it is possible to separate Plaintiff's drug and alcohol abuse manifestations from his other symptoms.

1 | Dated: *February 4, 2008*  /s/ *David Waggoner*
  (*As authorized via e-mail on February 4, 2008*)
2 | DAVID WAGGONER
Attorney for Plaintiff

4 | JOSEPH P. RUSSONIELLO
United States Attorney

6 | Dated: *February 4, 2008*   By:  /s/ *Peter Thompson*
PETER THOMPSON
7 | Special Assistant United States Attorney

ORDER

APPROVED AND SO ORDERED.

DATED:    2/11/08

_____
THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE