UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Marvin Outin,<br><br>        Plaintiff,<br>  v.<br><br>Michael J. Astrue,<br>Commissioner of Social Security,<br><br>        Defendant. | CV-07-3781 CW<br><br>**O R D E R** |

The Court, having considered the Stipulation between the parties to Award Attorney Fees Under the Equal Access to Justice Act, and good cause appearing,

IT IS HEREBY ORDERED that the Defendant Commissioner of Social Security shall pay to plaintiff's counsel as assignee $4,000.00 in attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412.

*IT IS SO ORDERED*

*[signed] Claudia Wilken*
Judge Claudia Wilken