**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN L. OUTIN, | No. C 10-1764 SI |
| Plaintiff, | [also file in No. C 07-3781] |
| v. | **ORDER REFERRING CASE FOR REVIEW PURSUANT TO CIVIL LOCAL RULE 3-12(c)** |
| MICHAEL J. ASTRUE, | |
| Defendants. | |

Pursuant to Civil Local Rule 3-12(c), the Court refers this case to the judge assigned to *Outin v. Astrue,* 07-3781 CW, for determination whether the cases are related. This Clerk shall send this order to all parties in both cases, and, pursuant to Civil Local Rule 3-12(c), the parties must file any responses in opposition to or in support of relating the cases pursuant to Civil Local Rule 3-12(d).

**IT IS SO ORDERED.**

Dated: April 27, 2010

SUSAN ILLSTON
United States District Judge